

**WENDELIN I. LIPP**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   10−10627 − WIL   Chapter:   13

| | |
|---|---|
| Reginald M. Perry<br>15110 Johnstone Lane<br>Bowie, MD 20721 | Tiajuana L. Perry<br>15110 Johnstone Lane<br>Bowie, MD 20721 |

Deficient Pleading No. − 76

Motion to Withdraw Unclaimed Funds
from Court Registry

### ORDER STRIKING FILING FOR FAILURE
### TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
       Attorney(s) for Debtor(s) − Ronald B. Greene
       Interested Party − Brian J. Dilks
       Case Trustee − Timothy P. Branigan

### End of Order

14.1 (02/02/2006) − lreid